# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID V. HANSEN & JENNIFER A. HANSEN  Case Number: 07-71581
340 WEST MAIN STREET  SSN-xxx-xx-7586 & xxx-xx-7110
POPLAR GROVE, IL 61065

Case filed on: 7/3/2007
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $963.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 002 | LAW OFFICES OF IRA T. NEVEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN DEBT COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RUTH P. WALZ THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PROFESSIONAL BUREAU OF COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO - MEDCIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RMA COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID V. HANSEN | 0.00 | 0.00 | 963.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 963.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 21,377.82 | 21,377.82 | 0.00 | 0.00 |
| 003 | UMLI/HOMEVEST CAPITAL LLC | 6,939.12 | 6,000.00 | 0.00 | 0.00 |
|  | Total Secured | 28,316.94 | 27,377.82 | 0.00 | 0.00 |
| 004 | APPLE AUTO CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BILL & LESLIE MAGEE | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 009 | CENTEGRA HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CENTEGRA PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FLATIRON FINANCIAL SERVICES INC | 7,749.58 | 7,749.58 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 616.91 | 616.91 | 0.00 | 0.00 |
| 016 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HARVARD STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | J&D COUNTRYSIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MEMORIAL MEDICAL | 63.50 | 63.50 | 0.00 | 0.00 |
| 025 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SWEDISH AMERICAN MSO, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 271.49 | 271.49 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 2,542.95 | 2,542.95 | 0.00 | 0.00 |
| 031 | ASSET ACCEPTANCE CORP | 75.60 | 75.60 | 0.00 | 0.00 |
| 032 | B-REAL LLC | 531.93 | 531.93 | 0.00 | 0.00 |
|  | Total Unsecured | 14,851.96 | 14,851.96 | 0.00 | 0.00 |
|  | Grand Total: | 46,668.90 | 45,729.78 | 963.00 | 0.00 |

Total Paid Claimant: $963.00
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan